IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENT HATLEY COSEY

    Defendant.

: Case No. 3:19cr164

: JUDGE WALTER H. RICE

---

### ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown and at the specific request of the defendant, it is hereby ordered that the defendant's execution of sentence be delayed until on or after March 30, 2021. The United States Marshal is to seek a designation for on or after March 30, 2021.

January 8, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal