IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case Number 3:19cr164 |
| Plaintiff, | : | |
| | | JUDGE WALTER H. RICE |
| vs. | : | |
| KENT HATLEY COSEY | : | |
| Defendant. | : | |

ORDER DELAYING EXECUTION OF SENTENCE

For good cause shown and at the specific request of the defendant, it is hereby ordered that the defendant's execution of sentence be delayed until on or after July 15, 2021. The United States Marshal is to seek a designation for on or after July 15, 2021.

June 2, 2021                   *[signed]* (tp - per Judge Rice authorization)
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
United States Marshal