IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENT H. COSEY,

    Defendant.

Case No. 3:19cr164

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO REOPEN/RECONSIDER SENTENCE (DOC. #22), WITHOUT PREJUDICE TO RENEWAL UPON EXHAUSTION OF CERTAIN CONDITIONS PRECEDENT

---

Pursuant to the record made during a video conference held on Thursday, June 24, 2021, the Defendant's Motion to Reopen/Reconsider Sentence (Doc. #22) is OVERRULED, without prejudice to renewal upon the exhaustion of certain conditions precedent as a motion for compassionate release.

July 6, 2021

                                        WALTER H. RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record